**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARY CROW                                                                                               PLAINTIFF

V.                                       NO. 3:05CV00095-JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 26th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE